22-50998

In The
# United States Court of Appeals
### For The Fifth Circuit

**ERMA WILSON,**

*Plaintiff-Appellant,*

*v.*

**MIDLAND COUNTY, TEXAS;**
**WELDON (RALPH) PETTY, JR.,** sued in his individual capacity;
**ALBERT SCHORRE, JR.,** sued in his individual capacity,

*Defendants-Appellees.*

On appeal from the United States District Court
for the Western District of Texas,
7:22-cv-85, Hon. David Counts, District Judge, presiding.

---

**APPELLANT'S UNOPPOSED MOTION
FOR LEVEL 1 EXTENSION OF TIME**

---

Jaba Tsitsuashvili
   *Lead counsel*
Robert J. McNamara
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jtsitsuashvili@ij.org

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel for Appellant certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case.

| **Appellant** | **Counsel for Appellant** |
|---|---|
| Erma Wilson | INSTITUTE FOR JUSTICE<br>Jaba Tsitsuashvili, Lead Counsel<br>Robert J. McNamara, Co-Counsel |

| **Appellees** | **Counsel for Appellees** |
|---|---|
| Midland County, Texas<br>Weldon (Ralph) Petty, Jr. | SHAFER, DAVIS, O'LEARY & STOKER<br>Layne Rouse<br>Miles Nelson |
| Albert Schorre, Jr. | LYNCH, CHAPPELL & ALSUP<br>Randall L. Rouse<br>Steven Kiser<br>Lisa K. Hooper |

s/ Jaba Tsitsuashvili
*Lead Counsel for Plaintiff-Appellant*

**Appellant's Unopposed Motion for Level 1 Extension of Time**

Pursuant to Fifth Circuit Rule 31.4, Appellant Erma Wilson respectfully requests a level one extension of time to file a petition for rehearing en banc. The petition is currently due December 28. Appellant requests a 30-day extension and a new due date of January 29. This is Appellant's first request for an extension of time for the petition. Counsel for all Appellees consent to this request. Appellant submits that good cause exists for an extension, and that Appellant will not seek an additional extension absent the most compelling of reasons.

The panel explained at length why en banc rehearing may be warranted in this case, concluding: "Only the en banc court (or the Supreme Court given the entrenched circuit split) can decide whether *Randell*'s expansive reading of *Heck* subverts § 1983's broad textual command." Slip op. 21–22. Good cause exists for an extension of time to seek that en banc review because (1) Appellant's counsel have simultaneous and conflicting obligations (detailed below), including Supreme Court argument preparation, a motion for summary judgment, and discovery obligations, and (2) the current deadline coincides with the holidays and the attendant family obligations.

Appellant's counsel's simultaneous matters include but are not limited to:

- preparation for a January 16 Supreme Court oral argument (22-913);

- a motion for summary judgment due December 28, the same day as the current petition deadline (2:22-cv-423 (N.D. Ala.));

- discovery deadlines and obligations in a multi-party class action and an FTCA suit (2:22-cv-423 (N.D. Ala.); 3:22-cv-03195 (N.D. Cal.)).

This request is unopposed. Appellant's counsel conferred with Appellees' counsel regarding this extension request by email on December 15. Appellees' counsel consented by email the same day.

Respectfully submitted,

s/ Jaba Tsitsuashvili
Jaba Tsitsuashvili
   *Lead counsel*
Robert J. McNamara
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jtsitsuashvili@ij.org

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service on all counsel of record will be accomplished by the appellate CM/ECF system.

s/ Jaba Tsitsuashvili
*Lead Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this brief contains 284 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Century Schoolbook font.

s/ Jaba Tsitsuashvili
*Lead Counsel for Plaintiff-Appellant*
