# United States Court of Appeals
# for the Fifth Circuit

No. 22-50998

Erma Wilson,

*Plaintiff—Appellant,*

versus

Midland County, Texas; Weldon (Ralph) Petty, Jr., sued in his individual capacity; Albert Schorre, Jr., sued in his individual capacity,

*Defendants—Appellees.*

United States Court of Appeals
Fifth Circuit
**FILED**
April 12, 2024
Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CV-85

_____

ORDER:

IT IS ORDERED that Appellees' motion to extend time to file supplemental brief until April 22, 2024, is GRANTED.

IT IS FURTHER ORDERED that the opposed motion filed by Roderick & Solange MacArthur Justice Center, to file amicus brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT